Tetsuya Nomura
827 Pacific Ave #22
San Francisco, CA 94133
(415) 568-5823

**Plaintiff**

*Complaint*

FILED C
MAR 11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IFP
NP
14

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

Tetsuya, Joe Nomura )
)
Plantiff )   Case No. **C11-01208**   JCS
)   DEMAND FOR JURY TRIAL
vs. )
)
You Tube, LLC )
)
**Defendants** )



1. **Jurisdiction:** This court has jurisdiction over this complaint because it arises Under the laws of the United **States Patent and Trademark Chapters 35 U.S.C. § 103 (a), 35 § U.S.C. 102 (a)(b), 35 U.S.C§ 284 and 35 U.S.C. § 154(d). The** above mentioned patent also contains methodological models and other information relevant to legal and technical aspects of the Video On Demand System in question of violation.

2. **Venue: Oakland, CA. or, San Jose, San Francisco, CA.** Venue is appropriate in this court because both of the defendants reside in is these area(s) and these areas have been most popular locations for technology innovation.

3. The claimant and plaintiff Tetsuya, Joe Nomura, wishes to engage in practices of the **UNITED STATES DISTRICT COURT Of** Northern **District Of California along side with defendant** You Tube, LLC

4. **The following claim denotes that the United States Patent# 7254622 B2 was violated by the above defendant by using the methodology** associated in the patents outlined business model (attached numbers 113,114,115 and 116) as it relates to the field, background, summary, description and abstracts it associates and denotes . Also, laws of **patentability set forth by the** United States Patent and Trademark Office Chapters (s) **35 U.S.C. § 103 (a) and 35 § U.S.C. 102 (a)(b) may have been subject to violation by the defendant as well and 35 U.S.C. § 154(d), which allows a patent owner to obtain reasonable royalty damages for certain infringing activities that occurred before patent's date of issuance**

5. Plaintiff, prays for judgment cost related to chapter 35 U.S.C. 284, per year from June 20th 2002. Any future damages must be agreed upon by all parties involved.

x _____   March 10th '11           O.D.
Tetsuya Nomura.





Video-on-demand system  What is claimed is:  **Distribution Layer Modules**   Page 2 of 3

A) VoD Web Contents Server Phase   B) Internet TeleCommunication Portal Gate Phase   C) Viewers & Users Phase

**113-** A remote accessible computer server, accessible by customers, view video data, programs, data files and electronic messaging through, Internet Service Provider-Company or(ISP) that offers customers internet services as well as services through (DSL) digital subscriber lines, telephone lines, multimedia cable and fiberoptic cable connections and/or Application Service Provider (ASP) –Customer based services , such as software.
**114-** Secondary remote accessible computer server that provides same function(s) as 113.
**115,116-** Appropriate ISP/ASP interface, services (113), downloaded to customer for full length view.

In the absence of these (box 115 and 116) the connection cannot be completed to video contents remote accessible servers (box 113 and 114)