IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NOMURA TETSUYA,<br><br>    Plaintiff,<br><br>  v.<br><br>YOUTUBE, LLC.,<br><br>    Defendant.<br>_____/ | No. C 11-01208 SI<br><br>**ORDER CHANGING HEARING DATE AND BRIEFING SCHEDULE** |

A hearing is set for defendant's motion to dismiss on October 28, 2011. Currently, plaintiff's opposition to the motion to dismiss is due October 7, 2011. Plaintiff, who is proceeding *pro se*, has sent a series of letters to the Court which suggest he is confused about the current schedule and due dates of the briefing papers. In particular, plaintiff's September 6, 2011 letter suggests he does not know whether the hearing on defendant's motion to dismiss is still scheduled after defendant declined to proceed before a Magistrate Judge, nor when he must file an opposition. Doc. 34.

The Court hereby informs plaintiff that the motion to dismiss is still scheduled. However, because it appears plaintiff needs more time to file an opposition, the Court VACATES the October 28, 2011and resets it for **November 4, 2011 at 9 A.M.** Plaintiff's opposition to the motion to dismiss is now due **October 14, 2011,** and defendant's reply is due **October 21, 2011.** Plaintiff may submit his opposition in hardcopy to the Court.

**IT IS SO ORDERED.**

Dated: October 3, 2011

SUSAN ILLSTON
United States District Judge