United States District Court
For the Northern District of California

***E-FILED: March 19, 2012***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TETSUYA JOE NOMURA,

Plaintiff,

v.

YOUTUBE, LLC,

Defendant.

____________________________________/

TETSUYA JOE NOMURA,

Plaintiff,

v.

AMAZON.COM, INC.

Defendant.

____________________________________/

Nos. C11-01208 HRL
C11-01210 HRL

ORDER RE JOINT STIPULATION RE SCHEDULING

[Re: Docket No. 62, 65]

In view of the transfer of Case No. C11-01208 *Nomura v. YouTube.com, LLC* and the assignment of that case to the undersigned, IT IS ORDERED THAT:

1. Amazon.com's prior Motion to Enlarge Schedule (C11-01210, D.t. No. 62) is denied as moot.

2. All previously scheduled deadlines are vacated.

3. A case management conference is set in both cases for **April 24, 2012, 1:30 p.m.,** Courtroom 2, 5th Floor, San Jose. The parties shall file a Joint Case Management

Statement no later than **April 17, 2012**.

Dated: March 19, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

5:11-cv-01208-HRL Notice has been electronically mailed to:

Bryan J. Sinclair bryan.sinclair@klgates.com, adrienne.wilson@klgates.com

Kevin Martin Pasquinelli kpasquinelli@mount.com, mbikul@mount.com, mdavalos@mount.com

Victor Yee Kay Hsue vhsue@google.com

5:11-cv-01210-HRL Notice has been electronically mailed to:

Bryan J. Sinclair bryan.sinclair@klgates.com, adrienne.wilson@klgates.com, sara.kerrane@klgates.com

Kevin Martin Pasquinelli kpasquinelli@mount.com, mbikul@mount.com

Sara N Kerrane sara.kerrane@klgates.com, jill.adair@klgates.com, kim.sigismondo@ktlgates.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.