**United States District Court**
For the Northern District of California

*E-FILED: May 15, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TETSUYA JOE NOMURA,

    Plaintiff,

v.

YOUTUBE, LLC,

    Defendant.
_____/

YOUTUBE, LLC,

    Plaintiff,

v.

TETSUYA JOE NOMURA,

    Defendant.
_____/

No. C11-01208 HRL

**CASE MANAGEMENT ORDER**

On May 15, 2012, the parties appeared for an Initial Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The parties are referred to the Court's Alternative Dispute Resolution Program for Mediation. Deadline for ADR session: June 25, 2012. **The court recommends that the**

**same mediator appointed in Case No. C11-01210HRL** *Nomura v. Amazon.com, Inc.* **be appointed in the instant action**.

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The following schedule shall apply to this case:

| Event | Date |
|---|---|
| Plaintiff's disclosure of asserted claims and infringement contentions and accompanying document production | May 18, 2012 |
| Fed. R. Civ. P. 26 Initial Disclosures | May 25, 2012 |
| Deadline to conduct mediation | June 25, 2012 |
| Defendants' disclosure of invalidity contentions and accompanying document production | July 2, 2012 |
| Exchange of proposed terms and claim elements for construction | July 16, 2012 |
| Deadline to amend pleadings | July 25, 2012 |
| Exchange of Preliminary Claim Construction and Preliminary Identification of Extrinsic Evidence | August 6, 2012 |
| Joint Claim Construction and Pre-Hearing Statement due | August 31, 2012 |
| Claim Construction Discovery Cutoff | October 1, 2012 |
| Plaintiff's Opening Claim Construction Brief due | October 15, 2012 |
| Defendants' Responsive Claim Construction Brief | October 29, 2012 |
| Plaintiff's Reply Claim Construction Brief | November 5, 2012 |
| Patent Tutorial | November 16, 2012 |
| Claim Construction Hearing | December 14, 2012 |

A further case management conference will be set after the court issues its claims construction order.

In the event discovery disputes arise, the parties shall comply with this court's "Standing Order re: Civil Discovery Disputes," which sets forth the applicable requirements and procedures for filing Discovery Dispute Joint Reports (DDJRs) rather than noticed discovery motions.[1] Parties seeking to compel claim construction discovery must file a DDJR no later than seven days after the Claim Construction Discovery Cutoff.

SO ORDERED.

Dated: May 15, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website http://cand.uscourts.gov.

3

5:11-cv-01208-HRL Notice has been electronically mailed to:

Bryan J. Sinclair     bryan.sinclair@klgates.com, adrienne.wilson@klgates.com

Kevin Martin Pasquinelli     kpasquinelli@mount.com, mbikul@mount.com, mdavalos@mount.com

Victor Yee Kay Hsue     vhsue@google.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.