Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com;
kpasquinelli@mount.com;
Counsel for Tetsuya Joe Nomura

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>    Plaintiff<br>vs.<br><br>YOUTUBE, LLC.<br><br>    Defendant | Case No. 5:11-cv-01208-HRL<br><br>**TETSUYA JOE NOMURA'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Hearing Date: December 14, 2012.<br><br>Judge: Honorable Howard R. Lloyd |
| YOUTUBE, LLC.<br><br>    Plaintiff<br>vs.<br><br>TETSUYA JOE NOMURA,<br><br>    Defendant | |

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

## DECLARATION OF KEVIN PASQUINELLI

I, Kevin M. Pasquinelli, declare as follows:

1. My name is Kevin Pasquinelli. I am counsel for Plaintiff in this suit.

2. Attached as Exhibit A are pages concern version and date of publication of the MS Computer Dictionary.

3. Attached as Exhibit B is a copy of the MS Computer Dictionary page for the word "access".

4. Attached as Exhibit C is a copy of the MS Computer Dictionary page for the word "sort".

5. The MS Computer Dictionary has no entry for the word "classify".

6. Attached as Exhibit D is a copy of the entry for "classify" from Merriam-Webster's On line Dictionary.

7. Attached as Exhibit E is a copy of the MS Computer Dictionary page for the word "back up".

8. Attached as Exhibit F is a copy of the entry for "prevent" from Merriam-Webster's On line Dictionary.

9. Attached as Exhibit G is a copy of the MS Computer Dictionary page for the word "error detection and correction".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on October 15, 2012.

Dated: October 15, 2012            _____/s/ Kevin Pasquinelli\_\_\_\_\_

                                                             Kevin Pasquinelli, Esq.

**Certificate of Service**

The undersigned certifies that on October 15, 2012, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Date: October 15, 2012                    Mount, Spelman & Fingerman, P.C.,
                                                         /s/ Kevin M. Pasquinelli
                                          Kevin M. Pasquinelli

Document30

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000