Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone:   (408) 279-7000
Fax:     (408) 998-1473
Email:   dmount@mount.com;
         kpasquinelli@mount.com;
Counsel for Joe Nomura

Bryan J. Sinclair (SBN 205885)
bryan.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Sara N. Kerrane (SBN 259239)
sara.kerrane@klgates.com
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile: (949) 253-0902

Attorneys for Defendant
AMAZON.COM, INC.
YOUTUBE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>        Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | • Case No. 5:11-cv-01208-HRL<br>• Case No. 5:11-cv-01210-HRL<br><br>**JOINT STIPULATION TO EXTEND TIME UNDER PATENT LOCAL RULES** |
| TETSUYA JOE NOMURA,<br><br>        Plaintiff,<br><br>vs.<br><br>YOUTTUBE, INC.,<br><br>        Defendant. | |

**Parties Joint Stipulation To Extend Time To Comply With Patent Local Rules -**

Plaintiff Tetsuya "Joe" Nomura ("Plaintiff") and Defendants Amazon, Inc. and YouTube, Inc. ("Defendants") file this Joint Stipulation to Extend Time to Comply with Patent Local Rule 4-5(c).

On Monday, October 29, 2012 Defendants filed their opposition to Plaintiff's initial claim construction brief and included several revised claim constructions and new extrinsic evidence. As such, Plaintiff has requested a one week extension to prepare and file its reply and a five page extension from fifteen to twenty pages. Defendants have agreed to this request.

Currently, as per the Docket No. 73 of June 15, 2012, Plaintiffs claim construction reply brief is due Monday, November 5, 2012. Specifically, the Parties request a seven day extension to comply with P.L.R. 4-5(c). The proposed new deadline to comply with P.L. R. 4-5(c) will be November 12, 2012.

The Parties request the extension in good faith to accommodate scheduling and staffing concerns. All other deadlines remain the same.

IT IS HEREBY STIPULATED, by and between counsel and subject to the approval of the Court, that the parties, having met and conferred, agree to the following:

- The deadline to comply with P.L.R. 4-5(c) is extended to Monday, November 12, 2012.
- The page limit for the reply brief shall be twenty (20) pages.

Prayer for Relief

For these reasons this court should extend the time for the parties to comply with P.L.R. 4-5(c) to November 12, 2012, respectively.

Case No. 5:11-cv-01210-HRL, and 5:11-cv-01208-HRL

| | | |
|---|---|---|
| 1 | Date: October 31, 2012 | Mount, Spelman & Fingerman, P.C. |
| 3 | | /s/ *Kevin M. Pasquinelli* <br> Kevin M. Pasquinelli |
| 5 | | K&L GATES LLP |
| 7 | Dated: October 31, 2012 | By: /s/ *Bryan J. Sinclair* <br> Bryan J. Sinclair |
| 9 | | Amazon.com, Inc. <br> YouTube, Inc. |

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE
DATE: 11/8/12

Case No. 5:11-cv-01210-HRL, and 5:11-cv-01208-HRL

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000