Bryan J. Sinclair (SBN 205885)
bryan.sinclair@klgates.com
Audrey Lo (SBN 253738)
audrey.lo@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Sara N. Kerrane (SBN 259239)
sara.kerrane@klgates.com
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile: (949) 253-0902

Attorneys for Defendant
YOUTUBE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TETSUYA JOE NOMURA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>YOUTUBE, LLC,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 11-01208 HRL<br><br>**DEFENDANT YOUTUBE, LLC's ADMINISTRATIVE REQUEST AND [] ORDER TO ALLOW EQUIPMENT INTO THE COURTROOM**<br><br>Date:　December 14, 2012<br>Time:　1:30 pm<br>Place:　Courtroom [1], Fifth Floor<br>Judge: Magistrate Judge Howard R. Lloyd |
|---|---|

In accordance with this Court's security procedures, Defendant YouTube, LLC ("YouTube") requests the Court's authorization to bring and use equipment in the courtroom for the claims construction hearing on December 14, 2012. YouTube respectfully requests that the Court enter the attached [Proposed] Order allowing YouTube to bring the following equipment into Judge Lloyd's courtroom prior to the patent tutorial:

1. LG projector
2. Lenovo ThinkPad laptop computers (3)
3. Power cords
4. Extension cords
5. VGA cables

K&L GATES LLP

Dated: December 13, 2012                By:  /s/ *Audrey Lo*
                                             Bryan J. Sinclair
                                             Audrey Lo
                                             Sara N. Kerrane

                                             Attorneys for Defendant
                                             YOUTUBE LLC

1 | The Court, having considered YouTube's Administrative Request to Allow Equipment into
2 | the Courtroom, good cause appearing, hereby orders:

3 | IT IS HEREBY ORDERED that Defendant YouTube's Administrative Request is
4 | GRANTED. The hearing will take place in Ceremonial Courtroom 1, Fifth Floor, to better
5 | accomodate the parties' equipment.

7 | IT IS SO ORDERED.

9 | DATED: December 13, 2012    By: _____
    Howard R. Lloyd
    United States Magistrate Judge