1
2
3          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
4          **SAN JOSE DIVISION**

5  TETSUYA JOE NOMURA,                )   Case Number: 11-CV-01210 HRL
                                       )                11-CV-01208 HRL
6        Plaintiff,                    )
                                       )
7        vs.                           )
                                       )   [~~PROPOSED~~] ORDER GRANTING
8  YOUTUBE, LLC and AMAZON.COM, INC.,  )   MOTION FOR PERMISSION FOR
                                       )   ELECTRONIC CASE FILING
9        Defendants.                   )
                                       )
10                                     )
                                       )
11                                     )

12 ─────────────────────────────────────

13     The Court has considered the Motion for Permission for Electronic Case Filing. Finding
14 that good cause exists, the Motion is GRANTED.
15
16     IT IS SO ORDERED.
17
18     Dated: 4/18/13
19                                                 _____
                                                   United States Magistrate Judge
20
21
22
23
24
25
26
27

PLAINTIFF'S MOTION FOR PERMISSION FOR ECF FILING    Case No. 11-CV-01208 & 01210 HRL    Page 3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TETSUYA et al,

        Plaintiff,

v.

YOU TUBE, LLC et al,

        Defendant.

Case Number: CV11-01208 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Nomura Tetsuya
3288 Pierce Street
Suite C129
Richmond, CA 94804

Dated: April 18, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk